**421**

Mehdi SHAHBAKHSHI; Abar Katouzi
Shahbakhshi, aka Azar Katouzi,
Petitioners,

v.

IMMIGRATION AND
NATURALIZATION SERVICE,
Respondent.

No. 01–71440.

INS Nos. A71–609–126, A71–609–127.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 17, 2003.*

Decided Feb. 20, 2003.

Before FRIEDMAN,** KOZINSKI and
RAWLINSON, Circuit Judges.

MEMORANDUM ***

1.  The BIA acted within its discretion when it denied Petitioners' motion to reopen. *Rodriguez–Lariz v. INS,* 282 F.3d 1218, 1222 (9th Cir.2002). Petitioners failed to present new and material evidence establishing the existence of extreme hardship. *See Pondoc Hernaez v. INS,* 244 F.3d 752, 758 (9th Cir.2001). The BIA was not required to afford Petitioners a hearing. *See id.*

2.  The proceedings before the Immigration Judge were not so funda-

mentally unfair as to violate Petitioners' due process rights. *See Sanchez–Cruz v. INS,* 255 F.3d 775, 779 (9th Cir.2001).

3.  Petitioners' ineffective assistance claim is procedurally barred because they failed to follow requirements articulated by the BIA in *Matter of Lozada,* 19 I & N Dec. 637, 639 (BIA 1988). *See Lata v. INS,* 204 F.3d 1241, 1246 (9th Cir.2000).

PETITION DENIED.

---

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Daniel M. Friedman, Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

